UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD,<br><br>  Plaintiff,<br><br>  v.<br><br>FLOWERS BAKING CO. OF MODESTO, LLC and ABM GENERAL SERVICES, INC.,<br><br>  Defendants. | No. 1:20-cv-00771-DAD-EPG<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

On October 8, 2020, the parties filed a stipulation to stay this action. (ECF No. 8). Having considered the stipulation, the Court GRANTS the stay.

Accordingly, it is HEREBY ORDERED that:

1) This action be STAYED for all purposes pending disposition of *Jefferson vs. ABM Janitorial Services-South Central, Inc., et al.,* Superior Court of California, Alameda County (Case No. RG16832078);

2) The Scheduling Conference set for October 15, 2020, at 10:30 a.m. is VACATED; and

///

///

///

///

1

3) This matter shall be set for a status conference on April 14, 2021 at 10:30 a.m., Courtroom 10 (EPG). To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **October 9, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE