UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS BAKING COMPANY OF MODESTO, LLC, a California limited liability company; ABM GENERAL SERVICES, INC. a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   1:20-cv-00771-DAD-EPG<br><br>**ORDER MAINTAINING STAY AND CONTINUING INITIAL SCHEDULING CONFERENCE** |

## **ORDER**

Having considered the Parties' Stipulation to Maintain Stay and to Continue Initial Scheduling Conference, filed on April 9, 2021 (ECF No. 10), and good cause appearing therefor,

**IT IS HEREBY ORDERED**

1. That this action will continue to be stayed for all purposes pending disposition of the earlier-filed *Jefferson* action.

2. That the Initial Scheduling Conference set for April 14, 2021 is continued October 18, 2021 at 11:00 a.m.

3. The parties shall file a joint status report one week before the initial scheduling conference and, if earlier, a joint status report within three days of the resolution of the *Jefferson* action.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE