UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS BAKING COMPANY OF MODESTO, LLC, *a California limited liability company*, et al.,<br><br>Defendants. | Case No.   1:20-cv-00771-DAD-EPG<br><br><br>ORDER MAINTAINING STAY AND REQUIRING JOINT STATUS REPORT<br><br>(ECF No. 12) |

 Before the Court is the parties' Stipulation to Maintain Stay and to Continue Initial Scheduling Conference, filed on October 12, 2021. (ECF No. 12). The stipulation requests that the stay on this case (see ECF Nos. 9, 11) be maintained while the earlier-filed *Jefferson* action, *Jefferson vs. ABM Janitorial Services-South Central, Inc., et al.*, Superior Court of California, Alameda County (Case No. RG16832078), continues to be litigated in state court. Additionally, the parties ask that the Court "continue the Initial Scheduling Conference by approximately six (6) months," which scheduling conference is currently set for October 18, 2021.[1]

 Upon review the parties' stipulation, the Court finds it prudent to maintain the stay of this action while the earlier-filed *Jefferson* action is pending, and to require the parties to file either a joint status report upon resolution of the earlier-filed *Jefferson* action or a joint status report

---

[1] Elsewhere, the parties request "[t]hat the Scheduling Conference be vacated, and a Status Conference be scheduled in six (6) months to address the status of the first-filed action and the stay."

1

within six months, whichever occurs sooner. The Court will not set either an initial scheduling conference or a status conference at this time.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. That this action will continue to be stayed for all purposes pending disposition of the earlier-filed *Jefferson* action.

2. That the initial scheduling conference set for October 18, 2021 is vacated.

3. The parties shall file a joint status report within three days of the resolution of the *Jefferson* action or no later than April 13, 2022, whichever occurs sooner.

IT IS SO ORDERED.

Dated:   **October 13, 2021**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE