UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN LINARES,<br><br>             Plaintiff,<br><br>     v.<br><br>ABM INDUSTRY GROUPS, LLC, et al.,<br><br>             Defendants. | No. 1:22-cv-00816-JLT-BAM<br><br>ORDER RELATING AND REASSIGNING CASE AND REFERRING CASE TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>**NEW CASE NO. 1:22-cv-00816-ADA-EPG** |

After a review of the Court's docket, it appears that the case *Linares v. ABM Industry Groups, LLC, et al.*, 1-22-cv-00816-JLT-BAM is related to *Shepard v. Flowers Baking Co. of Modesto, LLC, et al.*, 1:20-cv-00771-ADA-EPG. *See* E.D. Cal. R. 123. Because reassignment of this action to a single District Judge and Magistrate Judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign the action to the docket of the undersigned. *See id.* at 123(c).

Accordingly,

1. Pursuant to Local Rule 123, the case of *Linares v. ABM Industry Groups, LLC, et al.*, 1:22-cv-00816-JLT-BAM is REASSIGNED to the dockets of District Judge Ana de Alba and Magistrate Judge Erica P. Grosjean;

2. The new case number will be 1:22-cv-00816-ADA-EPG, and all future filings shall use this case number only; and

1

3. This case is referred to Magistrate Judge Grosjean for further proceedings.

IT IS SO ORDERED.

Dated: November 30, 2022

_____

UNITED STATES DISTRICT JUDGE