UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> FLOWERS BAKING COMPANY OF MODESTO, LLC., *et al.*, <br><br> Defendants. | 1:20-CV-00771 ADA EPG <br><br> ORDER MAINTAINING STAY AND CONTINUING INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 23) |

Before the Court is the parties' joint status report, filed on April 19, 2023. (ECF No. 23). The status report requests that the stay in this case (*see* ECF Nos. 9, 11, 13, 16, 18, 21) be maintained while the earlier-filed *Jefferson* action, *Jefferson vs. ABM Janitorial Services-South Central, Inc., et al.*, Superior Court of California, Alameda County (Case No. RG16832078), continues to be litigated in state court.

Upon review of the parties' stipulated request, the Court finds it prudent to maintain the stay of this action while the earlier-filed *Jefferson* action is pending, and to require the parties to file either a joint status report upon resolution of the earlier-filed *Jefferson* action or a joint status report within approximately six months, whichever occurs sooner. The Court will not set either an initial scheduling conference or a status conference at this time.

Accordingly, **IT IS ORDERED** as follows:

\\\

1

1. This action will continue to be stayed for all purposes pending disposition of the earlier-filed *Jefferson* action.

2. The parties shall file a joint status report within three days of the resolution of the *Jefferson* action or no later than October 20, 2023,[1] whichever occurs sooner.

IT IS SO ORDERED.

Dated: **April 20, 2023**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Any Party may file a motion to lift the stay before this date.

2