1   James R. Hawkins, Esq. SBN 192925
    james@jameshawkinsaplc.com
2   Isandra Fernandez, Esq. SBN 220482
    isandra@jameshawkinsaplc.com
3   Lance Dacre, Esq. SBN 190305
    lance@jameshawkinsaplc.com
4   **JAMES HAWKINS APLC**
    9880 Research Drive, Suite 200
5   Irvine, CA 92618
    TEL: (949) 387-7200
6   FAX: (949) 387-6676

7   Attorneys for Plaintiff, Nicholas Shepard
    on behalf of himself and all others similarly situated

8

9                  **UNITED STATES DISTRICT COURT**
                   **EASTERN DISTRICT OF CALIFORNIA**
10

11  NICHOLAS SHEPARD on behalf of          Case No. 1:20-cv-00771-TLN-CKD
    himself and all others similarly situated,   Assigned for all purposes to:
12                                          Judge: Hon. Troy L. Nunley
     Plaintiff,                             Dept.: 2
13
                                            **ORDER MAINTAINING STAY AND**
14  vs.                                     **CONTINUING INITIAL SCHEDULING**
                                            **CONFERENCE**
15  FLOWERS BAKING COMPANY OF
    MODESTO, LLC., a California limited
16  liability company; ABM GENERAL
    SERVICES, INC., a Delaware corporation,
17  and DOES 1 through 50, inclusive,

18
     Defendants.
19

20

21

22          Before the Court is the parties' joint status report, filed on April 18, 2024. (ECF No. 30).

23  The status report requests that while the earlier-filed *Jefferson* action, *Jefferson vs. ABM*

24  *Janitorial Services-South Central, Inc., et al.*, Superior Court of California, Alameda County

25  (Case No. RG16832078), continues to be litigated in state court the stay in this case (*see* ECF

26  Nos. 9, 11, 13, 16, 18, 21, 25, 29) be maintained but lift the stay as to any settlement-related

27  filings, *i.e.*, a motion for settlement approval or a request for dismissal.

28

Upon review of the parties' stipulated request, the Court finds it prudent to maintain the stay of this action while the earlier-filed *Jefferson* action is pending but will lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal. The parties are to file either a joint status report upon resolution of the earlier-filed *Jefferson* action or a joint status report within approximately six months, whichever occurs sooner. The Court will not set either an initial scheduling conference or a status conference at this time.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1.      That this action will continue to be stayed pending disposition of the earlier-filed *Jefferson* action but will lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal.

2.      The parties shall file a joint status report within three days of the resolution of the *Jefferson* action or no later than October 18, 2024[1], whichever occurs sooner.

IT IS SO ORDRED

Dated:  April 22, 2024

_____
Troy L. Nunley
United States District Judge

---

[1] Any Party may file a motion to lift the stay before this date.