James R. Hawkins, Esq. SBN 192925
james@jameshawkinsaplc.com
Isandra Fernandez, Esq. SBN 220482
isandra@jameshawkinsaplc.com
Lance Dacre, Esq. SBN 190305
lance@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL: (949) 387-7200
FAX: (949) 387-6676

Attorneys for Plaintiff, Nicholas Shepard
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SHEPARD on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS BAKING COMPANY OF MODESTO, LLC., a California limited liability company; ABM GENERAL SERVICES, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00771-TLN-CKD<br>Assigned for all purposes to:<br>Judge: Hon. Troy L. Nunley<br>Dept.: 2<br><br>**ORDER MAINTAINING STAY AND CONTINUING INITIAL SCHEDULING CONFERENCE** |

Before the Court is the parties' joint status report, filed on October 18, 2024. (ECF No. 32). The status report requests that while the earlier-filed *Jefferson* action, *Jefferson vs. ABM Janitorial Services-South Central, Inc., et al.*, Superior Court of California, Alameda County (Case No. RG16832078), continues to be litigated in state court the stay in this case (*see* ECF Nos. 9, 11, 13, 16, 18, 21, 25, 29, 31) be maintained but lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal.

Upon review of the parties' stipulated request, the Court finds it prudent to maintain the stay of this action while the earlier-filed *Jefferson* action is pending but will lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal. The parties are to file either a joint status report upon resolution of the earlier-filed *Jefferson* action or a joint status report within approximately six months, whichever occurs sooner. The Court will not set either an initial scheduling conference or a status conference at this time.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. That this action will continue to be stayed pending disposition of the earlier-filed *Jefferson* action but will lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal.

2. The parties shall file a joint status report within three days of the resolution of the *Jefferson* action or no later than April 18, 2025[1], whichever occurs sooner.

IT IS SO ORDRED

Dated: October 18, 2024

_____
Troy L. Nunley
Chief United States District Judge

---

[1] Any Party may file a motion to lift the stay before this date.