1  James R. Hawkins, Esq. SBN 192925
   james@jameshawkinsaplc.com
2  Isandra Fernandez, Esq. SBN 220482
   isandra@jameshawkinsaplc.com
3  Lance Dacre, Esq. SBN 190305
   lance@jameshawkinsaplc.com
4  **JAMES HAWKINS APLC**
   9880 Research Drive, Suite 200
5  Irvine, CA 92618
   TEL: (949) 387-7200
6  FAX: (949) 387-6676

7  Attorneys for Plaintiff, Nicholas Shepard
   on behalf of himself and all others similarly situated
8

9                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
10

11 | NICHOLAS SHEPARD on behalf of himself and all others similarly situated, | Case No. 1:20-cv-00771-TLN-CKD
12 | | Assigned for all purposes to:
   | | Judge: Hon. Troy L. Nunley
13 | Plaintiff, | Dept.: 2
14 | vs. | **ORDER MAINTAINING STAY AND CONTINUING INITIAL SCHEDULING CONFERENCE**
15 | FLOWERS BAKING COMPANY OF MODESTO, LLC., a California limited liability company; ABM GENERAL SERVICES, INC., a Delaware corporation, and DOES 1 through 50, inclusive, |
16 | |
17 | |
18 | Defendants. |
19
20
21

22      Before the Court is the parties' joint status report, filed on October 29, 2025. (ECF No.

23 38). The status report requests that while the earlier-filed *Jefferson* action, *Jefferson vs. ABM*

24 *Janitorial Services-South Central, Inc., et al.*, Superior Court of California, Alameda County

25 (Case No. RG16832078), continues to be litigated in state court the stay in this case (*see* ECF

26 Nos. 9, 11, 13, 16, 18, 21, 25, 29, 31, 33, 36) be maintained but lift the stay as to any settlement-

27 related filings, *i.e.*, a motion for settlement approval or a request for dismissal.

28

Upon review of the parties' stipulated request, the Court finds it prudent to maintain the stay of this action while the earlier-filed *Jefferson* action is pending but will lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal. The parties are to file either a joint status report upon resolution of the earlier-filed *Jefferson* action or a joint status report within approximately six months, whichever occurs sooner. The Court will not set either an initial scheduling conference or a status conference at this time.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. That this action will continue to be stayed pending disposition of the earlier-filed *Jefferson* action but will lift the stay as to any settlement-related filings, *i.e.*, a motion for settlement approval or a request for dismissal.

2. The parties shall file a joint status report within three days of the resolution of the *Jefferson* action or no later than April 17, 2026[1], whichever occurs sooner.

IT IS SO ORDRED

Dated: November 12, 2025

Troy L. Nunley
Chief United States District Judge

---

[1] Any Party may file a motion to lift the stay before this date.